# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation,<br><br>           Plaintiff,<br><br>     v.<br><br>CENTEX HOMES, a Nevada general partnership, CENTEX REAL ESTATE CORPORATION, a Nevada corporation; and DOES 1 through 10 inclusive,<br><br>           Defendants. | Case No. 5:14-cv-02358-CAS-SP<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>[Filed concurrently with Joint Stipulation to Dismiss Action with Prejudice] |

The Court, having read and considered the Joint Stipulation to Dismiss Action with Prejudice and good cause appearing therefore, HEREBY ORDERS that the entirety of the action is dismissed.

Further, the Court HEREBY ORDERS that each party to bear its own costs as to that claim.

IT IS SO ORDERED:

Dated: __January 6, 2016__     _____
                                                        The Honorable Judge Christina A. Synder